1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | CREDIGY RECEIVABLES, INC., | No. 2:10-cv-03185-MCE-KJN |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | WILLIE C. HARRISON, III; HATRESS V. HARRISON; UNITED STATES OF AMERICA; and DOES 1 through 25, inclusive, | **STIPULATION TO DISMISS; ORDER** |
| 15 | | |
| 16 | Defendants. | |

18  Plaintiff Credigy Receivables, Inc. ("Plaintiff") and Defendant United States of America

19  ("United States"), by and through undersigned counsel, stipulate that the case be dismissed

20  without prejudice and the parties will bear their own costs and fees, if any, arising from this

21  action. The parties request the Court endorse this stipulation by way of formal order.

22                                          Respectfully submitted,

23  Dated: December 13, 2011                BENJAMIN B. WAGNER
                                            United States Attorney
24

25                              By:    /s/Jeffrey J. Lodge
                                       JEFFREY J. LODGE
26                                     Assistant U.S. Attorney
                                       Attorneys for Defendant
27                                     United States of America

28

Dated: December 13, 2011                    PHOENIX LAW GROUP, CORP.


                                            By:    /s/Ian Willens
                                                   IAN WILLENS, Esq.
                                                   Attorneys for Plaintiff
                                                   Credigy Receivables, Inc.


**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the stipulation set forth above, the case is without prejudice. The Clerk of the Court is directed to close this case.


Dated:  December 20, 2011

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE