BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIGY RECEIVABLES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIE C. HARRISON, III; HATRESS V. HARRISON; UNITED STATES OF AMERICA; and DOES 1 through 25, inclusive, <br><br> Defendants. | No. 2:10-cv-03185-MCE-KJN <br><br> **STIPULATION TO DISMISS; ORDER** |

Plaintiff Credigy Receivables, Inc. ("Plaintiff") and Defendant United States of America ("United States"), by and through undersigned counsel, stipulate that the case be dismissed without prejudice and the parties will bear their own costs and fees, if any, arising from this action. The parties request the Court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: December 13, 2011       BENJAMIN B. WAGNER
                                United States Attorney


                        By:    /s/Jeffrey J. Lodge
                                JEFFREY J. LODGE
                                Assistant U.S. Attorney
                                Attorneys for Defendant
                                United States of America

Dated: December 13, 2011     PHOENIX LAW GROUP, CORP.

By: /s/Ian Willens
IAN WILLENS, Esq.
Attorneys for Plaintiff
Credigy Receivables, Inc.

**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the stipulation set forth above, the case is without prejudice. The Clerk of the Court is directed to close this case.

Dated: December 20, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE